DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RELIANCE RIDGE, LCC** and
**WHITE OAK RUN, LCC,**
Appellants,

v.

**MAGNIFICO CAPITAL, LLC,**
Appellee.

No. 4D2023-1049

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 50-2021-CA-006826-XXXX-MB.

Michael D. Moccia of the Law Office of Michael D. Moccia, P.A., Boca Raton, and Cory S. Carano of Cory S. Carano, P.A., Delray Beach, for appellants.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***